IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER HENRY DERAGON,        No. 2:02-cv-0526-MCE-JFM-P

    Petitioner,

  v.                                ORDER

EDWARD S. ALAMEIDA, JR., et al.,

    Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a Notice of Appeal of this Court's April 24, 2006, Denial of his Application for a Writ of Habeas Corpus.  Before Petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).
///

1

1  The certificate of appealability must "indicate which specific
2  issue or issues satisfy" the requirement.  28 U.S.C.
3  § 2253(c)(3).
4      A certificate of appealability should be granted for any
5  issue that petitioner can demonstrate is "'debatable among
6  jurists of reason,'" could be resolved differently by a different
7  court, or is "'adequate to deserve encouragement to proceed
8  further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.
9  2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]
10     Petitioner has made a substantial showing of the denial of a
11 constitutional right in the following issues presented in the
12 instant Petition: whether Petitioner's confession was involuntary
13 and coerced, in violation of the Fifth, Sixth and Fourteenth
14 Amendments to the United States Constitution.
15     Accordingly, IT IS HEREBY ORDERED that a certificate of
16 appealability is issued in the present action.
17 DATED: June 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2